

**Grants Pass School District No. 7**

725 NE Dean Drive, Grants Pass, OR 97526 · Phone: (541) 474-5700
www.grantspass.k12.or.us · Fax: (541) 474-5705

OFFICE of the SUPERINTENDENT

June 21, 2021

Rachel Damiano

RE: Notice of Recommendation of Termination to the Grants Pass School District 7 Board of Directors

Dear Rachel,

You were provided with a notice from Director Sherry Ely on June 10, 2021 of "Investigation Findings and Recommendation for Termination" on the basis of an investigation report conducted by Pacific Consulting and Investigation.

Upon complete review of Director Ely's recommendation for termination and the report conducted Bill Landis of Pacific Consulting and Investigation, I have concluded the following:

- You used District facilities, equipment, and supplies to conduct personal business of a political nature. This is determined to be a violation of Board Policy GBG as state in both Director Ely's letter and the third-party investigation.
- You used the district network for transmission of the related materials and information of these political campaigning efforts. This is determined to be a violation of Board Policy IIBGR-AR.
- You used paid District time to engage in the efforts to support and promote a campaign of a political nature. This determined to be a violation of Board Policy GBG.
- When posting the "I Resolve Movement" video, you failed to identify that your political viewpoints were yours personally and not representative of the District. This is also determined to be a violation of Board Policy GBG.
- Your personal use of social media very much created a substantial disruption to the school environment. This is determined to be a violation of Board Policy GCAB.

Based on the sustained violations of multiple Board Policies, I am recommending to the Grants Pass School District 7 Board of Directors that they terminate your employment with the district effective immediately. You have the right to a hearing with the Board. It is your choice as to whether this hearing is to be conducted in executive session or in session open to the public. In this hearing you will hear the charges being brought forth and recommendation to the Board. You have a right to have an attorney present and an opportunity to respond and appeal to the Board.

This hearing will be scheduled for a Special Board meeting in July 2021. Please let me know if you would like this hearing to be in the open public session or in executive session (closed to the public).

Respectfully,

*Building Bridges to the Future*

**Vickers Supp Declaration
Exhibit 3 Page 1 of 2**

*[signature]*

Kirk T. Kolb
Superintendent
Grants Pass School District 7