**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

      Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| RACHEL G. DAMIANO and KATIE S. MEDART, <br><br>                               Plaintiffs, <br>      v. <br> GRANTS PASS SCHOOL DISTRICT 7, an Oregon public body; THE MEMBERS OF THE BOARD OF EDUCATION OF GRANTS PASS SCHOOL DISTRICT 7 – Scott Nelson, Cliff Kuhlman, Gary Richardson, Debbie Brownell, Cassie Wilkins, Brian Delagrange, and Casey Durbin – in their official and personal capacities; KIRK T. KOLB, Superintendent, Grants Pass School District 7, in his official and personal capacity; and THOMAS M. BLANCHARD, Principal, North Middle School, Grants Pass School District y, in his official and personal capacity, <br><br>                             Defendants. | Case No. 1:21-cv-00859-CL <br><br><br> DECLARATION OF KAREN M. VICKERS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, KAREN M. VICKERS, declare:

      1.     I am one of the attorneys of defendants Grants Pass School District No. 7, Kirk

Kolb, Thomas M. Blanchard, Scott Nelson, Debbie Brownell, and Brian De La Grange.  I make

this declaration based on personal knowledge and am competent to testify as to the matters stated

PAGE 1 – DECLARATION OF KAREN M. VICKERS RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

herein.

2.        Attached hereto as Exhibit 1 is an excerpt and exhibits from the deposition of plaintiff Rachel Sager provided to me by certified court reporters Veritext.

3.        Attached hereto as Exhibit 2 is an excerpt and exhibits from the deposition of plaintiff Katie Medart provided to me by certified court reporters Veritext.

4.        Attached hereto as Exhibit 3 is a copy of an excerpt of an interview of Rachel Damiano.  This document was produced to me by plaintiffs in response to defendants' request for production.

5.        Attached hereto as Exhibit 4 is a copy of an excerpt of an interview of Katie Medart.  This document was produced by plaintiffs in response to defendants' request for production.

6.        Attached hereto as Exhibit 5 is an excerpt and exhibits from the deposition of Kirk Kolb provided by certified court reporters Naegeli.

7.        Attached hereto as Exhibit 6 is an excerpt and exhibits from the deposition of Sherryl Ely provided to me by certified court reporters Naegeli.

8.        Attached hereto as Exhibit 7 is an excerpt and exhibits from the deposition of Tanika Cooks provided to me by certified court reporters Naegeli.

9.        Attached hereto as Exhibit 8 is a redacted copy of an Investigation Report.  This document was produced by defendants in response to plaintiffs' request for production.

8.        Attached hereto as Exhibit 8 is a redacted copy of an Investigation Report.  This document was produced by defendants in response to plaintiffs' request for production.

/ / / /

PAGE 2 – DECLARATION OF KAREN M. VICKERS RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I hereby declare that the above statement is true to the best of my knowledge and belief,

and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: August 1, 2022.

VICKERS PLASS LLC

_____s/ Karen M. Vickers_____
**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
503-726-5975
Of Attorneys for Defendants