


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

RACHEL G. DAMIANO and KATIE S. MEDART

      Plaintiffs,

vs.                         Civil No. 1:21-cv-00859-CL

GRANTS PASS SCHOOL DISTRICT 7, an Oregon public body, et al.,

      Defendants.
_____

**DEPOSITION OF**

**TANIKA COOKS**

TAKEN ON
WEDNESDAY, JUNE 8, 2022
12:33 P.M.

GRANTS PASS SCHOOL DISTRICT
725 NORTHEAST DEAN DRIVE
GRANTS PASS, OREGON

```
 1      A.    At North Middle School.
 2      Q.    How did you and Dustin meet?
 3      A.    At North Middle School.
 4      Q.    Okay.  Please describe your relationship.
 5      A.    He is my boyfriend.
 6      Q.    Okay.  Okay.  You are employed by the
 7 Grants Pass School District as a library technician
 8 at North Middle School, correct?
 9      A.    Yes.
10      Q.    Okay.  How long have you served in that
11 position?
12      A.    About five years now.
13      Q.    Okay.  How many years have you worked in
14 the education field?
15      A.    This will be my seventh year.
16      Q.    Okay.  Has all of that been in the Grants
17 Pass School District?
18      A.    Yeah.
19      Q.    Okay.  And all of those years have been as
20 a library technician or were you --
21      A.    No.
22      Q.    Okay.  What else have you -- what other
23 jobs have you held?
24      A.    I was an educational assistant.
25      Q.    Okay.  Now, Rachel Sager, formerly
```



```
 1      A.   She told them that I was barring her
 2 access to the club when that decision had nothing to
 3 do with me, that came from the district.
 4      Q.   Okay.  All right.
 5      A.   Also she went around getting people to
 6 sign her I resolve petition which splintered our
 7 faculty, and there are people to this day who cannot
 8 stand each other because of what she did.
 9      Q.   Okay.
10      A.   That was unnecessary, didn't need to
11 happen, and it could have -- if it did need to
12 happen, it could have happened outside of work hours
13 and off campus.
14      Q.   Okay.  Do you recall what you said in your
15 formal complaint?
16      A.   Not particularly.
17      Q.   Okay.  Did you state in your complaint
18 that the I Resolve resolution is anti-LGBTQ and
19 attempts to move rights from LGBTQ students?
20      A.   Is it written there.
21           MR. HACKE:  Well, at this point, we can
22 enter it into the Record as Exhibit C.
23           MS. VICKERS:  It looks like your complaint
24 is this one that you have marked D; is that what you
25 want as the next exhibit?
```



CERTIFICATE

I, Lee Anne McAdam, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 28th day of June, 2022.

_____
Lee Anne McAdam