IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RACHEL DAMIANO,
KATIE MEDART,

           Plaintiffs,

v.

GRANTS PASS SCHOOL
DISTRICT No 7., et al,

           Defendants.

Case No. 1:21-cv-00859-CL

ORDER

CLARKE, Magistrate Judge.

Plaintiffs Rachel Sager (formerly Rachel Damiano) and Katie Medart bring this action against Grants Pass School District Number 7 ("the District") and school district officials for alleged violations of their civil rights. Full consent to magistrate jurisdiction was entered on August 19, 2022 (#54). On March 29, 2023, the Court granted summary judgment for the defendants, and judgment was entered against Plaintiffs. The Bill of Costs (#99) was filed on April 4, and the Order Taxing Costs (#104) was entered on April 25. The case comes before the Court on the Plaintiffs' motion for a stay of execution of the bill of costs and a waiver of the security requirement pending the exhaustion of their right to appeal (#109). The Court finds that Plaintiffs sufficiently meet the factors to waive the security requirement. Plaintiffs and their

Page 1 – ORDER

counsel assure the Court that they will pay the judgment promptly upon exhausting their appellate rights, should the defendants prevail. Therefore, the motion (#109) is granted, and Plaintiffs are not required to post a bond.

**IT IS SO ORDERED AND DATED THIS** \_\_28\_\_ **day of July, 2023.**

_____
Mark D. Clarke
UNITED STATES MAGISTRATE JUDGE