**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

      Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| RACHEL G. DAMIANO and KATIE S. MEDART,<br><br>                           Plaintiffs,<br>          v.<br>GRANTS PASS SCHOOL DISTRICT 7, an Oregon public body; THE MEMBERS OF THE BOARD OF EDUCATION OF GRANTS PASS SCHOOL DISTRICT 7 – Scott Nelson, Cliff Kuhlman, Gary Richardson, Debbie Brownell, Cassie Wilkins, Brian Delagrange, and Casey Durbin – in their official and personal capacities; KIRK T. KOLB, Superintendent, Grants Pass School District 7, in his official and personal capacity; and THOMAS M. BLANCHARD, Principal, North Middle School, Grants Pass School District y, in his official and personal capacity,<br>                              Defendants. | Case No. 1:21-cv-00859-CL<br><br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

PAGE 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

Based upon the stipulation of the parties below, and it appearing to the court that the captioned matter has been fully compromised and settled, it is hereby

ORDERED and ADJUDGED that the captioned matter be dismissed with prejudice and without attorney fees or costs to the parties.

_____

**Submitted by:**

Karen M. Vickers, OSB No. 913810
kvickers@vickersplass.com
VICKERS PLASS, LLC
5200 SW Meadows Rd, Suite 150
Lake Oswego, OR  97035
503-726-5985
Of Attorneys for Defendants


**IT IS SO STIPULATED:**

Dated:  November 21, 2025.                          Dated:  November 21, 2025.

ALLIANCE DEFENDING FREEDOM            VICKERS PLASS, LLC


_____s/_____                          _____s/ Karen M. Vickers_____
Mathew Hoffman, VA No. 100102            Karen M. Vickers, OSB No. 913810
Of *Pro Hac Vice* Attorneys for Plaintiff    Of Attorneys for Defendant


PAGE 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL